IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-7-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| QUILLAN INMAN | ) | |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Jeremy Hunt of the Robeson County Sheriff's Office.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on November 27, 2023, be transferred to Robeson County Sheriff's Office to be retained in his custody until this case is completed, including any matters on appeal:

| Government Exhibit No. | Description of the Evidence |
|---|---|
| 2 | Keltec CNC Handgun |
| 4 | 9mm Luger Magazine for Keltec CNC |
| 6 | 9mm Luger Ammunition |
| 20 | Suspected Cocaine |
| 22 | Suboxone Strips |
| 8 | Arminius .22 caliber Revolver |
| 10 | .22 caliber ammunition |
| 12 | Remington 870 Express Shotgun |
| 15 | 12 gauge Shotgun Shell |
| 16 | Hipoint .380 caliber Handgun |
| 18 | .380 caliber magazine for Hipoint |

1

ORDERED this the 27th day of November, 2023.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Shannon Grothe', Case Agent
Jeremy Hunt, Robeson County Sheriff's Office

_____
Philip Aubart, Assistant U.S. Attorney

2