IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-7-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| QUILLAN INMAN | ) | ORDER |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $114.67. The clerk is DIRECTED to pay Domino's Pizza the sum of $114.67.

SO ORDERED, this 28th day of November, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge